# EXHIBIT A

| Title | Author | Edition | Copyright Registration |
|---|---|---|---|
| Applied Dimensional Analysis and Modeling | Thomas Szirtes | 2 | TX 7-045-435 |
| Developments in Surface Contamination and Cleaning | Rajiv Kohli | 1 | TX 7-661-649; TX 7-777-992 |
| Dimensionless Physical Quantities in Science and Engineering | Josef Kunes | 1 | TX 7-626-476 |
| Earthquake-Resistant Structures | Mohiuddin Ali Khan | 1 | TX 7-732-485 |
| Effective Physical Security | Lawrence Fennelly | 3 | TX 6-037-284 |
| Engineered Biomimicry | Akhlesh Lakhtakia | 1 | TX 7-758-259 |
| Enological Chemistry | Juan Moreno | 1 | TX 7-615-543 |
| Intelligence and Human Progress | James Flynn | 1 | TX 7-759-848 |
| The Effect of Sterilization on Plastics and Elastomers | Laurence W. McKeen | 3 | TX 7-662-085 |
| Withrow and MacEwen's Small Animal Clinical Oncology | Stephen J. Withrow | 5 | TX 6-522-522 |