USDC SDNY Woods, G.
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-10, <br><br> Defendants. | Case No. 1:14-cv-2422-GHW |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, the accompanying memorandum of law, declaration, and exhibits, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to take expedited discovery, prior to a Rule 26(f) conference, is GRANTED. Pursuant to Federal Rule of Civil Procedure 26(d)(1), in order to determine the true names and identities of the Doe Defendants in this action, Plaintiff may issue Rule 45 subpoenas to: PayPal, Inc.; ENOM, Inc.; MGID, Inc.; PubMatic, Inc.; and CloudFlare, Inc.

SO ORDERED on this __1st__ day of __May_____, 2014.

Honorable Gregory H. Woods
United States District Judge