USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSEVIER, INC.,

       Plaintiff,

v.

DOES 1-10,

       Defendants.

Case No. 1:14-cv-2422-GHW

## ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiff Elsevier, Inc.'s *Ex Parte* Motion for Leave to Serve Additional Expedited Discovery, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Serve Additional Expedited Discovery is GRANTED. Pursuant to Federal Rule of Civil Procedure 26(d)(1), in order to follow up on information received in response to subpoenas authorized by the Court in this action, Plaintiff may issue additional Rule 45 subpoenas seeking the true names or identities and locations of Defendants.

SO ORDERED on this _7th day of ___July___, 2014.

_____
Honorable Gregory H. Woods
United States District Judge