USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/13/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                        :

ELSEVIER, INC.,                                    :

                                    Plaintiff,      :

                                                       :            1:14-cv-2422-GHW

                 -against-                     :

VICTOR KOZLOV and PAVEL KAZUTSIN, :

                                  Defendants.  :

------------------------------------------------------------X

## DEFAULT JUDGMENT AND
## PERMANENT INJUNCTION AGAINST DEFENDANTS

      This matter is presently before the Court on a motion by Plaintiff Elsevier, Inc. under Fed. R. Civ. P. 55(b) for a final Default Judgment and Permanent Injunction Against Defendants Victor Kozlov and Pavel Kazutsin. Elsevier, through the pleadings, briefs, declarations and other materials submitted to this Court, has demonstrated, *inter alia*, the following:

1. Defendants have been properly served with the Summons and Second Amended Complaint;

2. Because Defendants have not filed an Answer or otherwise appeared in this action, the Clerk of Court entered a default against Defendant Kozlov on January 29, 2015 and Defendant Kazutsin on February 11, 2015;

3. Elsevier is the copyright owner or exclusive licensee of all rights, title, and interest in and to the works described on Exhibit A attached to this Default Judgment and Permanent Injunction, which is identical to Exhibit A to the Second Amended Complaint (the "Copyrighted Works");

4. Defendants infringed Elsevier's copyrights in the Copyrighted Works, both directly and secondarily, including by facilitating, encouraging, inducing, and profiting from the

downloading of Elsevier's Copyrighted Works by users of Defendants' group of integrated websites ("Avax"), which exist or have existed at various locations, including [www.avaxhome.cc](www.avaxhome.cc); [www.avaxhm.com](www.avaxhm.com); [www.avaxsearch.net](www.avaxsearch.net); [www.avaxsearch.com](www.avaxsearch.com); [www.avaxsearch.org](www.avaxsearch.org); [www.pixhost.me](www.pixhost.me); [www.pixhst.com](www.pixhst.com); and [www.ebooksmgzn.com](www.ebooksmgzn.com) ("Defendants' Infringing Sites"); and

5. To the best of Elsevier's knowledge, Defendants are not infants, incompetent, or in the military services of the United States.

THEREFORE, THIS COURT HEREBY FINDS that each Defendant is liable for willful direct and secondary copyright infringement under federal law, 17 U.S.C. §§ 101, *et seq.*, and this Default Judgment and Permanent Injunction ("Permanent Injunction") is entered against each Defendant.

IT IS HEREBY ORDERED that Defendants, their officers, agents, servants, employees, successors, and assigns, and all those acting in concert or participation with them, are permanently enjoined and restrained from directly or indirectly infringing any copyrighted work that is owned or controlled by Elsevier (or any parent, subsidiary, or affiliate of Elsevier), whether now in existence or later created ("Elsevier's Works").

Without limiting the foregoing, IT IS FURTHER ORDERED, that Defendants, their officers, agents, servants, employees, successors, and assigns, and all those acting in concert or participation with them, are permanently enjoined and restrained from engaging in any of the following without written authority from Elsevier:

    a. Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or otherwise exploiting in any manner any of Elsevier's Works;

    b. Enabling, facilitating, permitting, assisting, soliciting, encouraging or inducing others to copy, reproduce, download, distribute, upload, link to, transmit, or otherwise exploit any of Elsevier's Works; and

    c. Using, operating, maintaining, assisting, distributing, or supporting any computer

server, website, software, domain name, email address, social media account, bank account, or payment processing system in connection with the copying, reproduction, downloading, distribution, uploading, linking to, transmission, or other exploitation in any manner of any of Elsevier's Works.

IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c), Elsevier is awarded statutory damages against Defendants for copyright infringement in the amount of $150,000 for each of the 250 infringed copyrights identified on Exhibit A to this Permanent Injunction, for a total sum of $37,500,000, which award shall bear interest from the date of this Permanent Injunction at the rate provided by law.

IT IS FURTHER ORDERED that Defendants shall destroy all unauthorized copies of Elsevier's Works that they have in their possession, custody, or control.

IT IS FURTHER ORDERED that in the event Elsevier discovers that any of the Defendants have violated any of the terms of this Permanent Injunction, whether in connection with Defendants' Infringing Sites or new websites owned or operated by Defendants ("Additional Infringing Sites"), Elsevier may move the Court for a supplemental order as may be appropriate to effectuate the purposes of this Permanent Injunction.

IT IS FINALLY ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Permanent Injunction.

This is a FINAL JUDGMENT.

The Clerk of Court is directed to close this case.

Dated: April 13, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge

# EXHIBIT A

**EXHIBIT A**

|    | Title | Author | Edition | Copyright Registration |
|----|-------|--------|---------|------------------------|
| 1  | Applied Dimensional Analysis and Modeling | Thomas Szirtes | 2 | TX 7045435 |
| 2  | Developments in Surface Contamination and Cleaning | Rajiv Kohli | 1 | TX 7661649; TX 7777992 |
| 3  | Dimensionless Physical Quantities in Science and Engineering | Josef Kunes | 1 | TX 7626476 |
| 4  | Earthquake-Resistant Structures | Mohiuddin Ali Khan | 1 | TX 7732485 |
| 5  | Effective Physical Security | Lawrence Fennelly | 3 | TX 6037284 |
| 6  | Engineered Biomimicry | Akhlesh Lakhtakia | 1 | TX 7758259 |
| 7  | Enological Chemistry | Juan Moreno | 1 | TX 7615543 |
| 8  | Intelligence and Human Progress | James Flynn | 1 | TX 7759848 |
| 9  | The Effect of Sterilization on Plastics and Elastomers | Laurence W. McKeen | 3 | TX 7662085 |
| 10 | Withrow and MacEwen's Small Animal Clinical Oncology | Stephen J. Withrow | 5 | TX 6522522 |
| 11 | Oral Radiology | Stuart C. White | 6 | TX 6950924 |
| 12 | Orthopedic Physical Assessment | David J. Magee | 5 | TX 7003097 |
| 13 | Ultrashort Laser Pulse Phenomena | Wolfgang Rudolph | 2 | TX 7002115 |
| 14 | The Alkaloids Vol. 52 | Geoffrey A. Cordell | 1 | TX 4917270 |
| 15 | Investment Banks, Hedge Funds, and Private Equity | David Stowell | 2 | TX 7659556 |
| 16 | Air And Spaceborne Radar Systems | Philippe Lacomme | 1 | TX 5853344 |
| 17 | Ascaris: The Neglected Parasite | Celia Holland | 1 | TX 7777994 |
| 18 | Interdisciplinary Mentoring in Science | Ofelia Olivero | 1 | TX 7816980 |
| 19 | Interview Techniques for UX Practitioners | Chauncey Wilson | 1 | TX 7815520 |
| 20 | Introduction to Psychoneuroimmunology | Jorge H. Daruna | 2 | TX 7565151 |
| 21 | Assisted Ventilation of the Neonate | Jay P. Goldsmith | 5 | TX 7345573 |
| 22 | Mathematical Models for Society and Biology | Edward Beltrami | 2 | TX 5814668 |
| 23 | Decision Making in Medicine | Stuart B. Mushlin | 3 | TX 4932299 |
| 24 | Writing Effective Business Rules | Graham Witt | 1 | TX 7540909 |
| 25 | Vertebrate Endocrinology | David O. Norris | 5 | TX 7764826 |
| 26 | The Case for the Chief Data Officer | Peter Aiken | 1 | TX 7753000 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 27 | The Physics of Glaciers | Kurt M. Cuffey | 4 | TX 7816980 |
| 28 | Wine Science | Ronald S. Jackson | 3 | TX 5215341 |
| 29 | Mathematical Neuroscience | Stanislaw Brzychczy | 1 | TX 7782727 |
| 30 | Security and Loss Prevention | Philip Purpura | 5 | TX 7706554 |
| 31 | The Process of Investigation | Charles A. Sennewald | 3 | TX 6993867 |
| 32 | Treating Worker Dissatisfaction During Economic Change | Morley D. Glicken | 1 | TX 7726912 |
| 33 | X-Ways Forensics Practitioner's Guide | Brett Shavers | 1 | TX 7776871 |
| 34 | Visual Usability | Tania Schlatter | 1 | TX 7756205 |
| 35 | Combustion | Irvin Glassman | 3 | TX 4633851 |
| 36 | The Basics of Digital Forensics | John Sammons | 1 | TX 7570873 |
| 37 | Sensors For Mechatronics | P.P.L. Regtien | 1 | TX 7581692 |
| 38 | The Future of Drug Discovery | Tamas Bartfai | 1 | TX 7749113 |
| 39 | The Basics of Cyber Warfare | Steve Winterfeld | 1 | TX 7706137 |
| | | | | |
| 40 | 2014 Intravenous Medications | Betty L. Gahart | 30 | TX 7763640 |
| 41 | Advances in Analog and RF IC Design for Wireless Communication Systems | Gabriele Manganaro | 1 | TX 7750277 |
| 42 | Aminoff's Electrodiagnosis in Clinical Neurology | Michael J. Aminoff | 6 | TX 7574599 |
| 43 | An Introduction to Dynamic Meteorology | James Holton | 5 | TX 7651722 |
| 44 | An Introduction To Measure-Theoretic Probability | George Roussas | 2 | TX 7903782 |
| 45 | Applications of Quantum and Classical Connections In Modeling Atomic, Molecular and Electrodynamic Systems | Alexandru Popa | 1 | TX 7815525 |
| 46 | Applications of viruses for cancer therapy | David Curiel | 1 | TX 7642767 |
| 47 | Asian Facial Cosmetic Surgery | Jung Park | 1 | TX 6458202 |
| 48 | Augmented Reality | Greg Kipper | 1 | TX 7660819 |
| 49 | Autophagy in Health and Disease | Roberta A. Gottlieb | 1 | TX 7645899 |
| 50 | Behavioral Addictions | Kenneth Paul Rosenberg | 1 | TX 7896332 |
| 51 | Biofabrication | Gabor Forgacs | 1 | TX 7754824 |
| 52 | Biopolymers: Reuse, Recycling, and Disposal | Michael Niaounakis | 1 | TX 7761726 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 53 | Biotechnology and Plant Breeding | Aluízio Borém | 1 | TX 7880486 |
| 54 | Building the Most Complex Structure on Earth | Nelson Cabej | 1 | TX 7751600 |
| 55 | Cargo Theft, Loss Prevention, and Supply Chain Security | Dan Burges | 1 | TX 7568522 |
| 56 | Cellular Transplantation | Craig Halberstadt | 1 | TX 7100429 |
| 57 | Chemical Modeling for Air Resources | Jinyou Liang | 1 | TX 7772457 |
| 58 | Chemical Process Equipment | James R. Couper | 3 | TX 7670560 |
| 59 | Chemistry of Plant Phosphorus Compounds | Arlen Frank | 1 | TX 7775662 |
| 60 | Chronic Pain and Brain Abnormalities | Carl Y. Saab | 1 | TX 7781939 |
| 61 | CISSP Study Guide | Eric Conrad | 2 | TX 7660844 |
| 62 | Civil Liability in Criminal Justice | Darrell L. Ross | 6 | TX 7657211 |
| 63 | Client-Side Attacks and Defense | Sean-Philip Oriyano | 1 | TX 7657208 |
| 64 | Clinical Anatomy of the Spine, Spinal Cord, and ANS, 3 ed | Gregory Cramer | 3 | TX 7714861 |
| 65 | Clinical Arrhythmology and Electrophysiology: A Companion to Braunwald's Heart Disease | Ziad Issa | 1 | TX 6994196 |
| 66 | Clinical Gynecologic Oncology | Philip J. DiSaia | 8 | TX 7576217 |
| 67 | Clinical Medicine in Optometric Practice | Bruce Muchnick | 2 | TX 6874269 |
| 68 | Clinical Ocular Pharmacology | Jimmy Bartlett | 5 | TX 7033364 |
| 69 | Clinical Practice in Correctional Medicine | Michael Puisis | 2 | TX 7474034 |
| 70 | Cloud Computing | Dan Marinescu | 1 | TX 7749192 |
| 71 | Collected Works of H. S. Tsien (1938-1956) | Tsien H S | 1 | TX 7575408 |
| 72 | Computation and Storage in the Cloud | Dong Yuan | 1 | TX 7704863 |
| 73 | Computer and Machine Vision | E. R. Davies | 4 | TX 7575411 |
| 74 | Computers as Components | Marilyn Wolf | 3 | TX 7575193 |
| 75 | Construction Hazardous Materials Compliance Guide | R. Dodge Woodson | 1 | TX 7565288 |
| 76 | Content Strategy at Work | Margot Bloomstein | 1 | TX 7573402 |
| 77 | Correctional Counseling and Rehabilitation | Patricia Van Voorhis | 8 | TX 7722570 |
| 78 | Correlative Light and Electron MIcroscopy | Thomas Mueller-Reichert | 1 | TX 7649749 |
| 79 | Corridors to Extinction and the Australian Megafauna | Steve Webb | 1 | TX 7714844 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 80 | Criminalistics Laboratory Manual | Elizabeth Erickson | 1 | TX 7682146 |
| 81 | Critical Care Secrets | Polly E. Parsons | 4 | TX 6881984 |
| 82 | CUDA Fortran for Scientists and Engineers | Gregory Ruetsch | 1 | TX 7789255 |
| 83 | CUDA Programming | Shane Cook | 1 | TX 7654197 |
| 84 | Culinary Nutrition | Jacqueline B. Marcus | 1 | TX 7726364 |
| 85 | Cyber Security and IT Infrastructure Protection | John R. Vacca | 1 | TX 7788661 |
| 86 | Data Governance | John Ladley | 1 | TX 7593707 |
| 87 | Data Stewardship | David Plotkin | 1 | TX 7790408 |
| 88 | Data Warehousing in the Age of Big Data | Krish Krishnan | 1 | TX 7748306 |
| 89 | Design for Emotion | Trevor van Gorp | 1 | TX 7576429 |
| 90 | Differential Diagnosis for Physical Therapists | Catherine C. Goodman | 4 | TX 6485668 |
| 91 | Differential Equations, Dynamical Systems, and an Introduction to Chaos | Morris W. Hirsch | 3 | TX 7571661 |
| 92 | Digital Control Engineering | M. Sami Fadali | 2 | TX 7643803 |
| 93 | Digital Design and Computer Architecture | David Harris | 2 | TX 7595377 |
| 94 | Digital Forensics Processing and Procedures | Andrew Jones | 1 | TX 7813260 |
| 95 | Digital Video and HD | Charles Poynton | 2 | TX 7537209 |
| 96 | Digital Video Processing for Engineers | Suhel Dhanani | 1 | TX 7653930 |
| 97 | Diversity and the Effective Corporate Board | Ram Kumar Mishra | 1 | TX 7757022 |
| 98 | DSP for Embedded and Real-Time Systems | Robert Oshana | 1 | TX 7594897 |
| 99 | Dynamic Well Testing in Petroleum Exploration and Development | HuiNong Zhuang | 1 | TX 7701867 |
| 100 | Dynamics Of Bone And Cartilage Metabolism | Markus Seibel | 2 | TX 6958772 |
| 101 | EEG Pearls | Mark Quigg | 1 | TX 6450379 |
| 102 | Efficient Computation of Argumentation Semantics | Beishui Liao | 1 | TX 7895579 |
| 103 | Electrocardiography of Arrhythmias: A Comprehensive Review | Mithilesh Kumar Das | 1 | TX 7576255 |
| 104 | Eleventh Hour Cissp | Eric Conrad | 2 | TX 7813432 |
| 105 | Embedded Systems Architecture | Tammy Noergaard | 2 | TX 7690531 |
| 106 | Embedded Systems Security | David Kleidermacher | 1 | TX 7577408 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 107 | Emergency Medicine Review | Richard A. Harrigan | 1 | TX 7353908 |
| 108 | Encyclopedia of Caves | William B. White | 2 | TX 7578928 |
| 109 | Endosome Signalling Part A | P. Michael Conn | 1 | TX 7855649 |
| 110 | Energy Efficiency | Fereidoon Sioshansi | 1 | TX 7723855 |
| 111 | Engineering Tribology | Gwidon Stachowiak | 4 | TX 7792461 |
| 112 | Epigenetics in Human Disease | Trygve Tollefsbol | 1 | TX 7596827 |
| 113 | Equine Emergencies | James A. Orsini | 3 | TX 7068992 |
| 114 | Equine Internal Medicine | Stephen M. Reed | 3 | TX 7182073 |
| 115 | Escherichia coli | Michael Donnenberg | 2 | TX 7811010 |
| 116 | Essentials of Nuclear Medicine Imaging | Fred Mettler | 6 | TX 7577432 |
| 117 | Ethical Justice | Brent E. Turvey | 1 | TX 7760986 |
| 118 | Evolution of Global Electricity Markets | Fereidoon P. Sioshansi | 1 | TX 7765958 |
| 119 | Exotic Animal Formulary | James W. Carpenter | 4 | TX 7574065 |
| 120 | Experiments in the Purification and Characterization of Enzymes | Thomas E. Crowley | 1 | TX 7887132 |
| 121 | Explorations in Topology | David Gay | 1 | TX 6984650 |
| 122 | Federal Cloud Computing | Matthew Metheny | 1 | TX 7662165 |
| 123 | Federated Identity Primer | Derrick Rountree | 1 | TX 7720860 |
| 124 | Ferri's Fast Facts in Dermatology | Fred F. Ferri | 1 | TX 7166826 |
| 125 | Fetal & Neonatal Secrets | Richard Polin | 3 | TX 7811756 |
| 126 | Financial Trading and Investing | John Teall | 1 | TX 7648433 |
| 127 | FISMA Compliance Handbook | Laura P. Taylor | 1 | TX 7776701 |
| 128 | Flexible Manipulators | Yanqing Gao | 1 | TX 7611654 |
| 129 | Flow Networks | Michael Todinov | 1 | TX 7674602 |
| 130 | Food Process Engineering and Technology | Zeki Berk | 2 | TX 7758619 |
| 131 | Forensic Fraud | Brent E. Turvey | 1 | TX 7748170 |
| 132 | Forensic Investigation of Stolen-Recovered and Other Crime-Related Vehicles | Eric Stauffer | 1 | TX 6995511 |
| 133 | Forensic Victimology | Brent E. Turvey | 2 | TX 7810566 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 134 | Foundations of Chiropractic | Meridel I. Gatterman | 2 | TX 7470956 |
| 135 | Functional Analysis in Clinical Treatment | Peter Sturmey | 1 | TX 7046286 |
| 136 | Fundamentals of Motor Control | Mark L. Latash | 1 | TX 7593369 |
| 137 | Gap Junctions in the Brain | Ekrem Dere | 1 | TX 7646397 |
| 138 | Gas and Oil Reliability Engineering | Eduardo Calixto | 1 | TX 7656063 |
| 139 | Genetics of Bone Biology and Skeletal Disease | Rajesh V. Thakker | 1 | TX 7698712 |
| 140 | Global Clinical Trials Playbook | Menghis Bairu | 1 | TX 7621398 |
| 141 | Groundwater Science | Charles Fitts | 1 | TX 7656966 |
| 142 | Guyton and Hall Textbook of Medical Physiology | John Hall | 12 | TX 7221241 |
| 143 | Hacking Web Apps | Mike Shema | 1 | TX 7656973 |
| 144 | Handbook of Natural Gas Transmission and Processing | Saeid Mokhatab | 2 | TX 7593711 |
| 145 | Handbook of Nitrous Oxide and Oxygen Sedation | Morris S. Clark | 3 | TX 6842889 |
| 146 | Handbook of Radioactivity Analysis | Michael F. L'Annunziata | 3 | TX 7629549 |
| 147 | Handbook of Safeguarding Global Financial Stability | Gerard Caprio | 1 | TX 7665610 |
| 148 | Handbook of Small Animal Practice | Rhea Morgan | 5 | TX 7007956 |
| 149 | Handbook of Sputter Deposition Technology | Kiyotaka Wasa | 2 | TX 7697710 |
| 150 | Handbook of Veterinary Pain Management | James S. Gaynor | 2 | TX 7475020 |
| 151 | Histone Deacetylase Inhibitors as Cancer Therapeutics | Steven Grant | 1 | TX 7673580 |
| 152 | How the Great Scientists Reasoned | Gary Tibbetts | 1 | TX 7686829 |
| 153 | Human Motion Simulation | Karim Abdel-Malek | 1 | TX 7759609 |
| 154 | Human Parasitology | Burton J. Bogitsh | 4 | TX 7598876 |
| 155 | Human Stem Cell Manual | Suzanne Peterson | 2 | TX 7643522 |
| 156 | Hunter's Tropical Medicine and Emerging Infectious Disease | Alan J. Magill | 9 | TX 7730783 |
| 157 | Implementing Analytics | Nauman Sheikh | 1 | TX 7750745 |
| 158 | Industrial Waste Treatment Handbook | Woodard & Curran Inc. | 2 | TX 6931617 |
| 159 | Inflammation in Neuropsychiatric Disorders | Rossen Donev | 1 | TX 7641412 |
| 160 | Information Security Risk Assessment Toolkit | Mark Talabis | 1 | TX 7652466 |

|  | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 161 | International Money and Finance | Michael Melvin | 8 | TX 7656137 |
| 162 | Introduction to Crime Scene Photography | Edward M. Robinson | 1 | TX 7643421 |
| 163 | Introduction to Occupational Therapy | Jane O'Brien | 4 | TX 7501048 |
| 164 | Introduction to Precise Numerical Methods | Oliver Aberth | 2 | TX 7099137 |
| 165 | Introduction to Probability | George Roussas | 1 | TX 7099140 |
| 166 | IT Manager's Handbook | Bill Holtsnider | 3 | TX 7565129 |
| 167 | Job Reconnaissance | Josh More | 1 | TX 7806248 |
| 168 | Kidnapping | Diana Concannon | 2 | TX 7790481 |
| 169 | Killing Public Higher Education | David L. Stocum | 1 | TX 7738877 |
| 170 | Lead Compounds from Medicinal Plants for the Treatment of Cancer | Christophe Wiart | 1 | TX 7642200 |
| 171 | Learning About Learning Disabilities | Bernice Wong | 4 | TX 7657042 |
| 172 | Letting Go of the Words | Janice (Ginny) Redish | 2 | TX 7659560 |
| 173 | Linear Feedback Controls | Mark Haidekker | 1 | TX 7785119 |
| 174 | Liquid Chromatography | Salvatore Fanali | 1 | TX 7724391 |
| 175 | Little and Falace's Dental Management of the Medically Compromised Patient | James W. Little | 8 | TX 7576190 |
| 176 | Logging and Log Management | Anton Chuvakin | 1 | TX 7654211 |
| 177 | Ludwig's Applied Process Design For Chemical And Petrochemical Plants | A. Kayode Coker | 4 | TX 7023165 |
| 178 | Machinery Failure Analysis and Troubleshooting | Heinz P. Bloch | 4 | TX 7656895 |
| 179 | Magnetic Positioning Equations | Mordechay Esh | 1 | TX 7593351 |
| 180 | Mathematical Methods for Physicists | George B. Arfken | 7 | TX 7535092 |
| 181 | Measuring The User Experience | Thomas Tullis | 2 | TX 7787584 |
| 182 | Mechanical Ventilation | Peter J. Papadakos | 1 | TX 7140672 |
| 183 | Medicinal Plant Research in Africa | Victor Kuete | 1 | TX 7773602 |
| 184 | Micromechanics of Composites | Volodymyr Kushch | 1 | TX 7759566 |
| 185 | Mineral Exploration | S. K. Haldar | 1 | TX 7706506 |
| 186 | Mobile User Experience | Adrian Mendoza | 1 | TX 7805482 |
| 187 | Modern Computational Approaches to Traditional Chinese Medicine | Zhaohui Wu | 1 | TX 7688501 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 188 | Molecular Beam Epitaxy | Mohamed Henini | 1 | TX 7658357 |
| 189 | Nephrology Secrets | EDGAR V. LERMA | 3 | TX 7502899 |
| 190 | Netter's Concise Orthopaedic Anatomy | Jon C. Thompson | 2 | TX 7171341 |
| 191 | Network Convergence | Vinod Joseph | 1 | TX 7810831 |
| 192 | Neurological Rehabilitation | Michael P. Barnes | 6 | TX 7677499 |
| 193 | Neuromuscular Case Studies | Bertorini | 1 | TX 6971548 |
| 194 | Nonhuman Primates in Biomedical Research | Christian R. Abee | 2 | TX 7577354 |
| 195 | Nutrigenetics | Martin Kohlmeier | 1 | TX 7697089 |
| 196 | Observing the User Experience | Elizabeth Goodman | 2 | TX 7652570 |
| 197 | Offshore Structures | Mohamed A. El-Reedy | 1 | TX 7593549 |
| 198 | On Call Neurology | Randolph Marshall | 3 | TX 6828724 |
| 199 | Operational Amplifier Noise | Art Kay | 1 | TX 7533517 |
| 200 | Parameter Estimation and Inverse Problems | Richard C. Aster | 2 | TX 7538214 |
| 201 | PCI Compliance | Branden R. Williams | 3 | TX 7648431 |
| 202 | Pediatric Endocrinology | Mark A. Sperling | 3 | TX 7033591 |
| 203 | Pediatric Orthopaedic Secrets | Lynn Staheli | 3 | TX 7024480 |
| 204 | Pediatric Urology | John Gearhart | 2 | TX 7174487 |
| 205 | Perioperative Medicine | Mark F. Newman | 1 | TX 6845452 |
| 206 | Pharmacogenomics | Yui-Wing Francis Lam | 1 | TX 7729556 |
| 207 | Pharmacology for Pharmacy Technicians | Kathy Moscou | 2 | TX 7745573 |
| 208 | Physical Rehabilitation | Michelle H. Cameron | 1 | TX 6978108 |
| 209 | Plant Tissue Culture | Roberta H. Smith | 3 | TX 7593527 |
| 210 | Play in Occupational Therapy for Children | L. Diane Parham | 2 | TX 7465505 |
| 211 | POWER ELECTRONICS HANDBOOK | Muhammad Rashid | 2 | TX 7045502 |
| 212 | Practical Anonymity | Peter Loshin | 1 | TX 7778791 |
| 213 | Practical Chemical Thermodynamics for Geoscientists | Bruce Fegley | 1 | TX 7559251 |
| 214 | Practical Skills and Clinical Management of Alcoholism & Drug Addiction | Samuel Obembe | 1 | TX 7658412 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 215 | Principles and Practice of Wrist Surgery | David Slutsky | 1 | TX 7211583 |
| 216 | Principles of Big Data: Preparing, Sharing, and Analyzing Complex Information | Jules J. Berman | 1 | TX 7756206 |
| 217 | Principles of Data Integration | AnHai Doan | 1 | TX 7569214 |
| 218 | Project Finance In Theory And Practice | Stefano Gatti | 2 | TX 7643405 |
| 219 | Quantifying the User Experience | Jeff Sauro | 1 | TX 7572064 |
| 220 | Quantitative Data Processing in Scanning Probe Microscopy | Petr Klapetek | 1 | TX 7665614 |
| 221 | Quantum Theory of Anharmonic Effects in Molecules | Konstantin Kazakov | 1 | TX 7688502 |
| 222 | Rapid Review Gross and Developmental Anatomy | N. Anthony Moore | 2 | TX 6536532 |
| 223 | Rapid Review Physiology | Thomas A. Brown | 2 | TX 7505881 |
| 224 | Recent Advances in Nutrigenetics and Nutrigenomics | C Bouchard | 1 | TX 7581820 |
| 225 | Reservoir Formation Damage | Faruk Civan | 2 | TX 7046093 |
| 226 | Restless Legs Syndrome | Wayne A. Hening | 1 | TX 7319220 |
| 227 | Restoring Justice | Daniel Van Ness | 5 | TX 7876268 |
| 228 | Rethinking Autism | Lynn Waterhouse | 1 | TX 7664258 |
| 229 | Rethinking Valuation and Pricing Models | Carsten Wehn | 1 | TX 7666624 |
| 230 | Review of Hemodialysis for Nurses and Dialysis Personnel | Judith Kallenbach | 8 | TX 7403067 |
| 231 | Review of Sleep Medicine | Alon Y. Avidan | 2 | TX 6970619 |
| 232 | Risk Analysis and the Security Survey | James F. Broder | 4 | TX 7534731 |
| 233 | Seldin and Giebisch's The Kidney | Robert J. Alpern | 5 | TX 7694188 |
| 234 | Simple Steps to Data Encryption | Peter Loshin | 1 | TX 7752990 |
| 235 | Sleisenger and Fordtran's Gastrointestinal and Liver Disease Review and Assessment | Anthony DiMarino | 9 | TX 6813404 |
| 236 | Small Animal Endoscopy | Todd R. Tams | 3 | TX 7355630 |
| 237 | Small Wind | Nolan Clark | 1 | TX 7795624 |
| 238 | Software Engineering | Richard F Schmidt | 1 | TX 7748308 |
| 239 | Solid Fuel Blending | David Tillman | 1 | TX 7571486 |
| 240 | Spine Technology Handbook | Steven Kurtz | 1 | TX 6982778 |
| 241 | SQL Injection Attacks and Defense | Justin Clarke | 2 | TX 7570792 |

| | Title | Author | Edition | Copyright Registration |
|---|---|---|---|---|
| 242 | Statistics for Physical Sciences | Brian Martin | 1 | TX 7575477 |
| 243 | Structured Parallel Programming | Michael McCool | 1 | TX 7574942 |
| 244 | Surface Preparation Techniques for Adhesive Bonding | Raymond F. Wegman | 2 | TX 7674842 |
| 245 | Surgery A Competency-Based Companion | Barry Mann | 1 | TX 7035242 |
| 246 | Surgery of the Foot and Ankle | Michael J. Coughlin | 8 | TX 6951936 |
| 247 | Switchmode RF and Microwave Power Amplifiers | Andrei Grebennikov | 2 | TX 7575758 |
| 248 | Synchronous Precharge Logic | Marek Smoszna | 1 | TX 7651918 |
| 249 | System Parameter Identification | Badong Chen | 1 | TX 7790519 |
| 250 | Target Validation In Drug Discovery | Brian Metcalf | 1 | TX 6984151 |